NUMBER 13-02-016-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


STEVEN IBARRA , Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 28th District Court 

 of Nueces County, Texas

__________________________________________________________________



O P I N I O N 


Before Chief Justice Valdez and Justices Hinojosa and Yañez 

Opinion Per Curiam


Appellant, STEVEN IBARRA , attempted to perfect an appeal from a judgment entered by the 28th District Court of
Nueces County, Texas. On January 30, 2002 , the trial court granted appellant's motion for new trial.

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of March, 2002 .